**Motion Granted; Dismissed and Memorandum Opinion filed August 29, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-01065-CV

### ADVANCED TECHNOLOGY TRANSFER AND INTELLECTUAL PROPERTY GROUP LLC, Appellant

### V.

### CITY OF FULSHEAR, TEXAS AND TRICIA KRENEK, Appellees

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-250347**

## MEMORANDUM OPINION

This is an attempted appeal from an alleged oral order made in open court on December 4, 2018. Appellees filed a motion to dismiss on August 8, 2019. Because there is no signed order in this appeal, we grant appellee's motion and dismiss this appeal for want of jurisdiction. *See Hatton v. Grigar*, No. 14-03-01210-CV, 2004 WL 583045, at *1 (Tex. App.—Houston [14th Dist.] Mar. 25,

2004, no pet.) ("Appeals may be taken only from signed orders."); Tex. R. App. P. 26.1.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer